UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:23-cv-00137

**James A. Ellis as Independent Executor for the Estate of Phillip Terry Ellis et al.,**
*Plaintiffs,*

v.

**Wilmington Savings Find Society, FSB, as Trustee for Finance of America Structured Securities Acquisition Trustee 2018-HB1 et al.,**
*Defendants.*

## FINAL JUDGMENT

    On December 15, 2023, the court severed and remanded plaintiff Robert Blaase's claims. Doc. 18. The court also consolidated remaining plaintiff James A. Ellis's claims with cause number 6:23-cv-00138 and administratively closed this case. *Id.* Pursuant to Federal Rule of Civil Procedure 41(b), the court dismissed without prejudice Ellis's claims in that lead action for failure to prosecute. Accordingly, the court enters final judgment in this action. Plaintiff James A. Ellis's claims are dismissed without prejudice. All pending motions are denied as moot. The clerk of court is directed to close this case.

    *So ordered by the court on February 8, 2024.*

J. CAMPBELL BARKER
United States District Judge